UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILBERT AND CORRAINE WASHINGTON | CIVIL ACTION |
| VERSUS | NO: 08-2099 |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | SECTION: R(3) |

**ORDER**

Before the Court is American Bankers Insurance Company's Unopposed Motion for Summary Judgment. For the following reasons, American Bankers's Motion is GRANTED.

Wilbert and Corraine Washington sued American Bankers Insurance Company of Florida for breach of contract and failure to timely adjust their Hurricane Katrina insurance claim in violation of La. Rev. Stat. §§ 22:658 and 22:1220.[1] Plaintiffs also brought claims under Louisiana's Valued Policy Law, La. Rev. Stat. § 22:695(A), and for the declared value of their personal property under La. Rev. Stat. § 22:667.[2] American Bankers asserts that it

---

[1] Now La. Rev. Stat. §§ 22:1892 and 22:1973, respectively.

[2] Now La. Rev. Stat. §§ 22:1318 and 22:1270, respectively.

never insured plaintiffs and moves for summary judgment.

"Under Louisiana law, the insured must prove that the claim asserted is covered by his policy." *Dickerson v. Lexington Ins. Co.*, 556 F.3d 290, 295 (5th Cir. 2009)(*citing Jones v. Estate of Santiago*, 870 So.2d 1002, 1010 (La. 2004); *Comeaux v. State Farm Fire and Cas. Co.*, 986 So.2d 153, 157-58 (La. App. 5th Cir. 2008)). American Bankers has met its burden on summary judgment by pointing out that there is no evidence in the record showing that it provided coverage. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 325 (1986); *see also Lavespere v. Niagara Mach. & Tool Works, Inc.*, 910 F.2d 167, 178 (5th Cir. 1990). The Washington's were then required to set out specific facts showing that a genuine issue exists. *See Celotex*, 477 U.S. at 324. The Washington's, however, have not offered any response to American Bankers's Motion. American Bankers's Motion for Summary Judgment is therefore GRANTED.

New Orleans, Louisiana, this 30th day of April 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE